# Exhibit 2

COMMONWEALTH OF THE BAHAMAS

New Providence

THIS INDENTURE is made the 18th day of August, A.D., 2017 BETWEEN BELLAMAR ESTATES, LTD a Company incorporated and existing under the laws of the Commonwealth of The Bahamas (hereinafter called "the Vendor") of the one part AND NEWPORT LAND GROUP LLC. a company incorporated in California one of the States of the United States of America (hereafter called "the Purchaser") of the other part

WHEREAS:-

(A) By a Deed of Release and Compromise (hereinafter referred to as "the said Indenture") dated the 8th day of June, A.D. 2005 made between Island Acquisition Limited of the one part and the Vendor of the other part and now of record in the Registry of Records in the City of Nassau in Volume 10760 at pages 203 to 209 the Vendor became seised for an estate in fee simple in possession of the hereditaments hereinafter described in the Schedule hereto (hereinafter referred to as "the said hereditaments") subject as hereinafter mentioned but otherwise free from encumbrances;

(B) The Vendor has agreed with the Purchaser for the absolute sale to the Purchaser of the said hereditaments at the price of Four Million Dollars (US$4,000,000.00) dollars in the currency of the United States of America (hereinafter called "the said currency").

NOW THIS INDENTURE WITNESSETH as follows:

1. In pursuance of the said agreement and in consideration of the sum of Four Million Dollars (US$4,000,000.00) dollars in the said currency now paid to the Vendor by the Purchaser (the receipt whereof the Vendor hereby acknowledges) the Vendor AS BENEFICIAL OWNER hereby grants and conveys unto the Purchaser ALL THAT the said hereditaments TOGETHER WITH the appurtenances thereunto belonging AND TOGETHER ALSO WITH full and free right and liberty for the Purchaser its heirs and assigns the

owner and occupiers for the time being of the said hereditaments or of any part thereof its tenants servants visitors and licensees or anyone authorized by it (in common with the Vendor and all other persons who have or may hereafter have the like right) at all times hereafter with or without carts carriages motor cars and other vehicles horses and other animals for all purposes connected with the use and enjoyment of the said hereditaments or any part thereof for whatever purposes the same may be from time to time lawfully used and enjoyed to go pass and repass over along and upon a Public Roads TO HOLD the same unto and to the use of the Purchaser in fee simple.

2. The Vendor hereby acknowledge the right of the Purchaser at the expense of the Purchaser to the production of all documents of title relating to the said hereditaments in the possession of the Vendor and to delivery of copies thereof and hereby undertakes with the Purchaser for the safe custody thereof (loss or damage by fire hurricane or other inevitable accident excepted).

### THE SCHEDULE HEREINBEFORE REFERRED TO

ALL THAT piece parcel or tract of land being a Hundred (100) acre tract on the Island of Long Island one of the Islands of the said Commonwealth and bounded as follows: E 14 chs. 50 links by Buttonwood Pond and a small point of Williams land SE 33 chs. 50 links by John Rahmings W by Francis Williams 14 chs. 50 links NW 33 chs. 50 links by James Knowles, Jr's land V405, AND ALSO ALL THAT piece parcel or tract of land being a Three hundred Twenty-four (324) acre tract on the Island of Long Island one of the Islands of the said Commonwealth and bounded as follows: adjoining land of JK, S. originally granted to Charles Ellis, William Culmer and Rosanna Newman by letter patent, P2-P222-225, which is more particularly described in copies of the Crown Grants attached hereto (collectively referred to as "the said hereditaments").

**IN WITNESS WHEREOF** the Vendor has hereunto caused its Common Seal to be affixed the day and year first hereinbefore written.

_____

The Common Seal of Bella Mar Estates Ltd. was affixed hereto by Merlean L. Poitier, a Director/Shareholder of the said Company and the said Merlean L. Poitier subscribed her signature hereto in the presence of:-

_____