# Exhibit 3

COMMONWEALTH OF THE BAHAMAS

New Providence

**THIS INDENTURE OF MORTGAGE** is made on the date set out in Item 1 of the Schedule hereto **BETWEEN NEWPORT LAND GROUP LLC.** a company incorporated in California one of the States of the United States of America, Purchaser/ Borrower, (hereinafter called "the Borrower") of the one part, and **BELLAMAR ESTATES, LTD**, a Company incorporated under the laws of The Commonwealth of The Bahamas, Vendor and Lien Holder, (herein after called "the Lender") of the other part.

W H E R E A S:

The Lender as beneficial owner hereby agree to convey to purchaser to hold and to the use of purchaser in fee simple the said hereditaments more particularly described below:

ALL THAT piece parcel or tract of land being a Hundred (100) acre tract on the Island of Long Island one of the Islands of the said Commonwealth and bounded as follows: E 14 chs. 50 links by Buttonwood Pond and a small point of Williams land SE 33 chs. 50 links by John Rahmings W by Francis Williams 14 chs. 50 links NW 33 chs. 50 links by James Knowles, Jr's land V405, AND ALSO ALL THAT piece parcel or tract of land being a Three hundred Twenty-four (324) acre tract on the Island of Long Island one of the Islands of the said Commonwealth and bounded as follows: adjoining land of JK, S. originally granted to Charles Ellis, William Culmer and Rosanna Newman by letter patent, P2-P222-225, which is more particularly described in copies of the Crown Grants attached hereto (collectively referred to as "the said hereditaments").

subject to the terms and conditions described below:

NOW THIS INDENTURE WITNESSETH as follows:

covenants with the Lender to pay to the Lender, BEGINNING on the 18th day of February, 2018, AND by the 18th DAY EVERY MONTH, THEREAFTER in accordance with the payment plan set forth below inclusive of principal and interest:

- $50,000.00 per month for months 1 to 12 ($600K) February 18, 2018 to January 18, 2019.
- $100,000 per month for months 13 to 24 ($1.2mm) February 18, 2019 to January 18, 2020.
- $120,000 per month for months 25 to 35 ($1,320,000) February 18, 2020 to December 18, 2020.
- $130K Final Payment on month 36, January 18, 2021. (Final Payment)

**ARTICLE 2**  There will be no pre-payment penalty on paying off the Principal earlier than the time prescribed by the schedule above.

**ARTICLE 3**  The Borrower shall not make any disposition or otherwise attempt to deal with the equity of redemption in the said hereditaments or any part thereof without the written consent of the Lender.

**ARTICLE 4**  All costs and expenses including any Attorney's fees for collecting the Principal or interest or other payment due to the Lender shall be paid by the borrower.

**ARTICLE 5**  Section 22 of the Conveyancing and Law of Property Act shall not apply to this security but the statutory power of sale as between the Lender and a purchaser from the Lender shall be exercisable at any time after the execution of this security provided that the Lender shall not exercise the said power of sale until payment of the monies hereby secured has been demanded and the Borrower has made default for Twenty-one (21) days in paying the same but this proviso is for the protection of the Borrower only and shall not affect a purchaser or put him upon inquiry whether such default has been made.

**ARTICLE 6**  The powers herein contained are in addition to and without prejudice to and not in substitution for all other powers and remedies vested in the Lender by Statute or Common Law for recovering or enforcing payment of the monies hereby secured

market the subdivision at the expense of purchaser. All cost pertaining to the marketing, permits and infrastructure cost will be paid by the Borrower. The Lender will also jointly deed properties of lots in subdivision sold by Borrower, however the revenues from these sales will incur to the benefit of the Borrower. The Borrower's obligations are limited to the payments described in ARTICLE 1 of this agreement and subject of the Indenture of Mortgage.

**ARTICLE 8** The Indenture of Conveyance for the said hereditaments shall be executed by the Lender on the date of execution of this Agreement and held in escrow by the Borrower until the mortgage loan is paid in full. Once the loan is paid in full the Borrower is authorized to record the Indenture of Conveyance in the Registry of Records in Nassau, Bahamas. The Borrower will be responsible for paying for all costs and fees associated with the registration.

**ARTICLE 9** This Indenture shall take effect and be construed and interpreted in all respects according to the laws of The Commonwealth of The Bahamas.

### SCHEDULE

| | | |
|---|---|---|
| 1. | ORIGINAL SALES PRICE: | $4,000,000.00 |
| 2. | DOWN PAYMENT (NOTE): | $750,000.00 |
| 3. | THE PRINCIPAL AND INTEREST OWED: | $3,250.000.00 |
| 4. | MORTGAGE PERIOD: | 3 years and 6 months ending January 18th, 2021. |
| 5. | FIRST PAYMENT: | Due on the 18th day of February, 2018 |
| 6. | PAYMENT SCHEDULE: | See ARTICLE 1 |

IN WITNESS WHEREOF the Borrowers(s) has hereunto set his hand and seal the day and year first hereinbefore written.

_____CEO, DIRECTOR, NEWPORT LAND GROUP LLS_____

Signed Sealed and Delivered by the said

in the presence of:-

_____[signature]_____

**Witness:**

# COMMONWEALTH OF THE BAHAMAS

I, _____ of _____, _____, one of the States in the United States of America, make Oath and say that I was present and saw _____, sign, seal, and as for his Act for this Mortgage dated the      day of          , 2017 for the purposes therein mentioned; and I subscribe my name as the witness to the due execution thereof.

SWORN TO ON                           )

This      day of      , A.D.,         )

2017.

                                            Before me) _____

                                                            NOTARY PUBLIC