# Exhibit 4

COMMONWEALTH OF THE BAHAMAS
NEW PROVIDENCE

<u>Addendum to Agreement for Sale
dated August 25, 2017</u>

1. The parties acknowledge that in order for Purchaser's venture to succeed it must be able to possess, subdivide, develop, market and sell parcels of land to third party Purchasers. The fundamental details of which are described as follows:
   a. Vendor gives full equitable title right of ownership of the land upon execution of the Land Contract. The Purchaser may use, develop and occupy the land in any manner as if it were their own.
   b. Vendor will use best efforts to assist, aid, facilitate, petition, expedite, make application and undertake any and all other actions necessary on behalf of the Purchaser to assure the property can expeditiously be subdivided for development of an approximately 400 lot residential community with infrastructure, land use and water rights, that can be marketed and sold in fee simple to third party Purchasers. The direct costs of this assistance will be borne by Purchaser.
   c. Purchaser shall be allowed to possess and use the land as if it were its own in fee simple title from the date of execution.
   d. Vendor shall not allow any encumbrance on the property whether by tax judgment or lien, encumbrance, judicial lien, mortgage, third party interests or special assessment.
2. The Parties further acknowledge that Purchaser's may sell to third parties parcels in the subdivision for cash, in which case the third party Purchaser will expect title. In such cases, and upon request by the Purchaser and evidence of the sale, the Vendor will transfer title directly to the third party and release any and all claim of interest on the particular parcel the third party has purchased.
3. The Vendor will likewise aid, guide and assist in making the applications and sourcing studies required for Foreign Investment Approval, Environmental Impact Assessment as well as Government land-use approval re the type, size and scope of the Purchaser's project as described in 1.b. above. Typically these applications must be made by the land owner directly, and therefor it will be incumbent on the Vendor to expeditiously assist the undertaking.
4. The parties acknowledge their understanding that this purchase is predicated on achievement of Purchaser's fundamental business purpose, and inter alia the development and foreign investment must be approved for environmental, infrastructure, power and water rights necessary to facilitate an approximately 400 lot residential community with amenities to suit. These have been fully discussed over the course of discussions and meetings, and the Vendor acknowledges that inability to acquire the requisite permitting, licenses, rights

and approvals to develop at the intended scale would frustrate Purchaser's purpose for the purchase of Long Island.

Intentions Related to Rum Cay

The parties acknowledge the overarching intent of the Parties from the start was to market, sell and develop, not only Long Island ("LI") but Vendor's Rum Cay property, and optioned property as well. The parties further acknowledge the general intent, and success of the business model, requires the Purchaser be able to run tours as soon as possible.

In order for Purchaser's model to be successful, Purchaser needs to be able to bring groups of 20-30 people per week to tour the property and surroundings for a minimum of three days. The parties agree that currently the feasibility of running such a tour at Rum Cay is low. LI appears more feasible due to the more advanced development of the Cay but will nonetheless require the assistance of Vendor.

Therefore, a fairly large dedication of initial time and resources must be invested at Rum Cay before it could be considered "ready-for-market". Vendor will assist Purchaser in assessing the feasibility and facilitating the relationships necessary to create the capacity and feasibility to host the tours for both LI and Rum Cay as soon as possible.

The Parties agree marketing LI first would enable us to quickly test the market before fully committing to what Purchaser envisions will be a massively successful, yet much longer, larger and more difficult undertaking on Rum Cay.

The Parties agree the long term goal is to prove LI to be feasible and successful and then move forward on a Joint Venture Partnership on Rum Cay, wherein the Parties can enter into a much larger long term deal at that time. The parties agree that discussions regarding the form and function of a joint venture on Rum Cay should begin immediately after execution of the land contract for LI

For good and valuable consideration, Vendor agrees not to dispose, mortgage, lien or in any way contract or encumber Rum Cay until Parties assess and eventually enter into an agreeable Joint Venture agreement for the marketing, sale and development of Rum Cay parcels.

In the meantime, the Parties agree that Purchaser will quickly launch the project on LI while on a parallel track, begin more serious discussions and plan a much larger partnership with Vendor on Rum Cay.

That execution timeline would include:
1. Determine feasibility of LI (shouldn't take long)
2. Determining your exact current holdings on Rum Cay including available acreages, frontages, title statuses, surveys, etc. as well as the best strategy for the execution of your options and the timing of those executions.

3. Based on findings re real estate holdings on Rum Cay, Parties will engage in meaningful discussions on a long term JV Partnership.

4. Once the partnership details are agreed to, the Parties will begin to work on an overall masterplan and marketing strategy for the Rum Cay project as well as begin to invest in infrastructure, including building housing and restaurant facilities for the tours and staff.

5. The Parties agree they desire to work on both projects on a parallel track.

The Parties agree that this addendum is a material term to the Land Contract on Long Island.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date written above.

Date: August 25, 2017

Purchaser, Newport Land Group, LLC USA
By:

Vendor, Bell Mar Estates, Ltd.
By: President: Jorge Diaz-Cueto

Vendor Sandy Point Explorer, Ltd.
By: President: Jorge Diaz-Cueto