# Exhibit 5

**COMMON WEALTH OF THE BAHAMAS**
New Providence

### AGREEMENT TO AMEND INDENTURE OF MORTGAGE

The Agreement made this 28th day of September 2017, between Newport Land Group LLC and Bellamar Estates, Ltd, is a written expression and amendment to the Indenture of Mortgage dated August 16th, 2017 between the two parties, that shall come into effect upon the following contingencies:

1) Within Fourteen (21) days from the date of this Agreement, Bellamar shall produce a survey and a statement from registered surveyor Dwight Watkins confirming whether homes or structures exist within the legal boundaries of the Rosanna Newman parcel of approximately 47 acres. Exhibit A. It is understood that the survey for the 424 acres will be paid by Newport.

2) The parties have mutually agreed that the Newman parcel has significant value to the original sales offering, but the essence of the sale remains economically feasible without it, so long as certain reparations are made, as expressed below in Para 3.

3) The parties have mutually agreed that if it is determined that structures exist on the Newman property as described in Para 1., whether occupied or not, that the following options will be made available to Newport Land Group, LLC:

   a.      That the purchase price of the agreement, and the indenture of mortgage registered thereupon shall be amended to discount the price by 1,200,000.00USD (one million two hundred thousand US Dollars), the revised payment schedule for which is attached hereto as Exhibit B.

   b.      That Bellamar shall offer in exchange a like piece of property on Long Island that fits within the development land plan and has access for which a marina could be built. Newport Land Group, LLC, reserves the absolute right to accept or decline any property offered in exchange.

   c.      That Bellamar is able to produce the property in its current condition, free and clear of any outside interests, with legal proof thereof, by the end of the fourteen-day period.

4) The parties agree that this agreement represents the entire expression of the parties and supersedes any oral representations that either party has made. This agreement may be amended or altered if done in writing, executed by representatives of each party.

Newport Land Group LLC

Bellamar Estates Ltd.

**Exhibit B**

|              | Down Payment |    |           |
|--------------|--------------|----|-----------|
|              | Down Payment |    | 750,000   |
| Monthly Yr 1 | 35,000       | 12 | 420,000   |
| Monthly Yr 2 | 50,000       | 12 | 600,000   |
| Monthly Yr 3 | 75,000       | 12 | 900,000   |
| Balloon Pmt  | 130,000      | 1  | 130,000   |
|              |              |    |           |
| Total        |              |    | 2,800,000 |