# Exhibit 6

# JORGE DIAZ-CUETO, ESQ.

223 EAST FLAGLER STREET, SUITE 502, MIAMI, FL 33131

September 4, 2018

Newport Land Group, LLC.
Frank Connelly

### RE: NOTICE OF DEFAULT

Dear Mr. Connelly,

    Please allow this correspondence to serve as Notice of Default pursuant to Indenture of Mortgage and any Amendments executed between the parties pertaining to the Long Island, Bahamas tracts of land.

    The mortgage has been in default for 17 days now or since the due date of 18th of August, 2018. This letter further memorializes that payment has been demanded since the 18th of August, 2018.

    Please bring your account up to date in order to avoid foreclosure.

Sincerely,

*Jorge Diaz-Cueto*
Bellamar Estates Ltd.,
Jorge Diaz-Cueto, Esq.
President