# Exhibit 7


# M Gmail

Mariangel Valenzuela

## (no subject)
1 message

**Jorge Diaz-Cueto**  
Reply-To: Jorge Diaz-Cueto  
To: Mariangel Valenzuela

Fri, Sep 20, 2019 at 1:04 PM

Jorge Diaz-Cueto, Esq  
223 East Flagler Street, Suite 502  
Miami, FL 33131  
Office: (305) 417-3530

----- Forwarded Message -----  
**From:** Jorge Diaz-Cueto  
**To:** Frank Connelly Eco-Futures  
**Cc:** Eduardo Ferreira  Patricia Cassells  
**Sent:** Monday, December 10, 2018, 07:56:49 AM GMT-5  
**Subject:**

Newport Land Group LLC.,  
Frank Connelly

Dear Frank,

Please be advised that this email shall constitute Notice of Final Default pursuant to all agreements between the companies. The initial Notice of Default is copied below.

The time to cure the default has expired and no agreements to extend have been issued.

Therefore please be advised that Newport Land Group LLC., rights under the purchase and sales agreement and mortgage agreement with Bellamar Estates Ltd., are terminated and extinguished as a result of Newport Land Group LLC., for breach of contract.

If you are no longer in the employ of the company please provide me with contact information for person who is acting on Newport's behalf.

If you have any questions do not hesitate to contact me.

Bellamar Estates Ltd.,  
Jorge Diaz-Cueto  
President

Begin forwarded message:

On Monday, November 19, 2018, 8:39 AM, Jorge Diaz-Cueto  wrote:

Frank Connelly,

Please be advised that this email shall serve as Bellamar Estates Ltd., NOTICE OF DEFAULT to Newport Land Group LLC. This notice shall also serve as final notice, if payment is not received within the time frame specified in the purchase agreement, accompanying mortgage agreement and addendum, Newport Land Group LLC will be issued a Final Default letter thereby terminating all its rights title and interest to the subject land in Long Island, Bahamas. Govern yourself accordingly.

Jorge Diaz-Cueto
Bellamar Estates Ltd.,

Jorge Diaz-Cueto, Esq
223 East Flagler Street, Suite 502
Miami, FL 33131
Office: (305) 417-3530

- 
- 
- 
- 

Jorge Diaz-Cueto, Esq
223 East Flagler Street, Suite 502
Miami, FL 33131
Office: (305) 417-3530