UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| ROBB EVANS AND ASSOCIATES LLC, AS COURT-APPOINTED RECEIVER IN THE *IN RE SANCTUARY BELIZE LITIGATION* <br><br> Plaintiff, <br><br> v. <br><br> JORGE DIAZ-CUETO et al, <br><br> Defendants. | No. 8:21-cv-2049 |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' MOTION TO DISMISS WITH EMBEDDED MEMORANDUM OF LAW [DOC. 12]**

As set forth in more detail in the Memorandum filed in support of this Motion, Receiver Marc-Philip Ferzan of Ankura Consulting Group, LLC who is the successor receiver to Robb Evans & Associates LLC, hereby moves the Court for an order striking the Defendants' Motion to Dismiss with Embedded Memorandum of Law (Doc. 12) ("Motion to Dismiss") for failure to comply with Local Rules 101 and 102 because (i) Movant, Defendant and electronic signatory to the Motion to Dismiss, Jorge Diaz-Cueto ("Diaz-Cueto"), is a Florida attorney not admitted, *pro hac vice* or otherwise, before this Court; (ii) no local counsel has appeared on behalf of Defendants; (iii) to the extent that Diaz-Cueto is attempting to appear *in pro per*, he has only identified himself as appearing as counsel and has not identified himself as appearing *in pro per* or signed the Motion to Dismiss as required by this Court's general operating procedures and Local Rule 102.1(a)(ii); and (iv) even if Diaz-Cueto were properly appearing *in pro per*, such appearance would not be appropriate for corporate Defendant Bella Mar Estates, Ltd. which is required to be represented by

an attorney properly admitted to this Court.

| | |
|---|---|
| Dated: January 10, 2022 | By: /s/ *Gary Owen Caris*<br>Gary Owen Caris (CA Bar No. 088918)<br>Admitted *Pro Hac Vice* 8/19/21<br>BARNES & THORNBURG LLP<br>2029 Century Park East, Suite 300<br>Los Angeles, CA  90067<br>Telephone:     (310) 284-3880<br>Facsimile:     (310) 284-3894<br>Email:            gcaris@btlaw.com<br><br>By: /s/ *James E. Van Horn*<br>James E. Van Horn (Bar No. 29210)<br>BARNES & THORNBURG LLP<br>1717 Pennsylvania Avenue, NW, Suite 500<br>Washington, DC 20006<br>Telephone:     (202) 289-1313<br>Facsimile:     (202) 289-1330<br>Email:            jvanhorn@btlaw.com<br><br>By:  */s/  Kevin C. Driscoll, Jr.*<br>Kevin C. Driscoll, Jr.<br>Admitted *Pro Hac Vice* 12/21/21<br>BARNES & THORNBURG LLP<br>One N. Wacker Dr., Suite 4400<br>Chicago, Illinois 60606<br>Telephone:     (312) 357-1313<br>Facsimile:     (312) 759-5646<br>Email:            kevin.driscoll@btlaw.com<br><br>Attorneys for Plaintiff, Marc-Philip Ferzan of Ankura Consulting Group, LLC, as Court-appointed Receiver in the *In re Sanctuary Belize Litigation* |