UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| ROBB EVANS AND ASSOCIATES LLC, AS COURT-APPOINTED RECEIVER IN THE *IN RE SANCTUARY BELIZE LITIGATION*<br><br>                        Plaintiff,<br><br>   v.<br><br>JORGE DIAZ-CUETO et al,<br><br>                       Defendants. | No. 8:21-cv-2049 |

**DECLARATION OF GARY OWEN CARIS IN SUPPORT OF MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO STRIKE DEFENDANTS' MOTION TO DISMISS WITH EMBEDDED MEMORANDUM OF LAW [DOC. 12]**

I, Gary Owen Caris, declare:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and was admitted in this matter *pro hac vice* by this Court on August 19, 2021. I have personal knowledge of the matters set forth in this declaration and if I were called upon to testify as to these matters I could and would competently testify thereto.

2. I submit this declaration in support of the Motion and Memorandum in Support of Motion to Strike the Motion to Dismiss and Embedded Memorandum of Law (Doc. 12).

3. I am the lead attorney representing the Plaintiff and Receiver herein, Marc-Philip Ferzan of Ankura Consulting Group, LLC ("Receiver"). I also represent the Receiver in what is referred to as *In re Sanctuary Belize Litigation*, Case No. 18-cv-3309-PJM.

4. In connection with the *In re Sanctuary Belize Litigation*, on behalf of the predecessor Receiver Robb Evans and Associates LLC, I issued subpoenas for both depositions and documents to Jorge Diaz-Cueto ("Diaz-Cueto") and Bella Mar Estates, Ltd. ("Bella Mar") regarding the events and circumstances more particularly described in the Complaint in this action.

5. I initially took Diaz-Cueto's deposition on December 4, 2019. During this deposition, Diaz-Cueto testified that he was a licensed Florida attorney and that he was president of Bella Mar.

6. During the deposition, it became apparent that numerous documents had not been produced to the Receiver and, additionally, Diaz-Cueto was refusing to answer my questions about the ultimate disposition of the $1.065 million received by Bella Mar which is the subject of the instant action.

7. Accordingly, I had to file a motion to compel compliance with the subpoenas in a miscellaneous action filed in the District Court for the Southern District of Florida captioned *In re Sanctuary Belize Litigation*, *Petitioner Robb Evans and Associates LLC v. Bella Mar Estates Limited and Jorge Diaz-Cueto, Case No. 1:20-mc-20285-JEM*. After their initial counsel withdrew, Diaz-Cueto and Bella Mar were represented by the Armas Bertran Pieri law firm.

8. When the Complaint in this matter was filed, I contacted the Armas Bertran Pieri law firm, who signed the Waiver of Summons on behalf of both defendants which was filed as Docket 8 in this matter.

9. Defendants requested and the Receiver agreed to an extension of time to respond to the Complaint. Before it was filed, the Armas Bertran Pieri law firm reviewed and approved a joint motion which extended the time to respond to the Complaint until November 18, 2021.

10.     On November 18, 2021, Diaz-Cueto, through his legal assistant, sent an email to Receiver's legal counsel with an attached motion to dismiss. In that email, it is stated that Diaz-Cueto "has been admitted pro hac vice to Maryland District Court and is in process of securing local counsel. Two other law firms will be filing notice of appearance in the coming week. The Pro Hac Vice approval was received today…" A true and correct copy of that email is attached hereto as Exhibit 1. I have reviewed the docket and in fact Diaz-Cueto was never admitted *pro hac vice* in this matter and no local counsel has ever filed an appearance in this matter.

11.     The putative motion to dismiss attached to the November 18, 2021 email was not the same document as the Motion to Dismiss filed with this Court on November 23, 2021.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 10, 2022 at Solvang, California.

/s/ Gary Owen Caris
GARY OWEN CARIS