# Exhibit 1

**Driscoll, Kevin**

**From:** Lily Trujillo <l.trujillo@openseascafe.com>
**Sent:** Thursday, November 18, 2021 4:12 PM
**To:** Van Horn, James; Driscoll, Kevin; Caris, Gary Owen
**Cc:** Jorge Diaz-Cueto; casselspatricia@yahoo.com
**Subject:** [EXTERNAL]Motion to Dismiss: CASE NO.: 8:21-CV-2049
**Attachments:** Motion To Dismiss Nov 18.pdf

**REF: Motion to Dismiss/CASE NO.: 8:21-CV-2049**

Dear Mr. Van Horn,

Good Afternoon,

I am attorney Jorge Diaz-Cueto´s legal assistant. Attached, please find Defendants Motion to Dismiss in the above referenced matter along with accompanying exhibits as well as Sworn to Affidavit in support of Motion to Dismiss.

The attorney has been admitted pro hac vice to Maryland District Court and is in process of securing local counsel. Two other law firms will be filing notice of appearance in the coming week. The Pro Hac Vice approval was received today and we are informed that it takes approximately 48 hours to get filing credentials necessary for the filing of the Motion to Dismiss in Maryland District Court.

I apologize for the delay but as soon as credentials arrive it will be electronically filed. If you have any questions do not hesitate to contact me at 954-618-3440.

Sincerely,

Lily