Certificate of Service

    I, James E. Van Horn, hereby certify that on January 10, 2022, I served the foregoing documents filed in this docket entry through ECF, or otherwise by email and/or U.S. mail, to the following:

Jorge Orestes Diaz-Cueto, jorgediazcueto@bellsouth.net

Dated: January 10, 2022                                    */s/ James E. Van Horn*
                                                                  James E. Van Horn