UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

To:  Counsel of Record

From:  Judge Peter J. Messitte

Re:  <u>Robb Evans & Associates, LLC, as Court Appointed Receiver in the In re Sanctuary Belize Litigation v. Diaz-Cueto et al.</u>
Civil No. PJM 21-2049

Date:  January 18, 2022

********

The Court has read and considered Plaintiff's Motion to Strike Defendants' Motion to Dismiss, ECF No. 19.

The motion is **DENIED**.

However:

1) Defendant Diaz-Cueto shall be **DEEMED** as representing himself *in proper person* and as an out-of-state attorney for Defendant Bella Mar Estates, Ltd. [**NOTE:** This is not an MDL case and neither Defendant should consider it so].

2) However, as required by Local Rule 101.1.b., Mr. Diaz-Cueto, as an out-of-state attorney for Defendant Bella Mar Estates, must still retain an attorney who is a member of the Bar of this Court. He should have such attorney enter an appearance in the case **within 20 days**.

3) Mr. Diaz-Cueto is **DIRECTED** to immediately familiarize himself with the Local Rules of this Court.

4) Plaintiff shall have until **February 4, 2022** to oppose the Motion to Dismiss.

So **ORDERED** this 18 day of January 2022.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/

1

                                                Peter J. Messitte  
                                          United States District Judge

CC:    Court File