# EXHIBIT A

**OPINION**

We have been instructed by Newport Land Group LLC, a company incorporated in Los Angeles, California, USA, to render an Opinion on the title to the several parcels of land, hereinafter described in the Second Schedule hereto, which are the subject of a Letter of Intent dated April 17, 2017, copy annexed hereto for its full terms and effect.

Having reviewed the title deeds provided (listed in the First Schedule hereto), it is our opinion that the Vendor company (Bella Mar Estates Ltd.) has adduced a good and marketable documentary title to the property.

In our examination, we have assumed the genuineness of all signatures and the conformity of all copies purporting to be photostat or certified copies of the original and where the documents have been signed by persons acting or purporting to act on behalf of a company, that such person had the authority to sign on behalf of that company.

This opinion must be qualified and it is subject to the following:-

1. The state of the Cause List Indices at the Supreme Court Registry and the system presently in place at the Registry of Records is such that:

    (i) We accept no responsibility where there are Judgments or Orders outstanding and which affect title to the property where such Judgments or Orders could not be discovered by an inspection of the Cause List Indices at the Supreme Court Registry at the time of our searches.

    (ii) We accept no responsibility where a document affecting title to the property was lodged for record at the Registry of Records but was not available for inspection or otherwise made known to the public at the time of our searches.

2. We have not conducted a physical inspection of the property and express no opinion as to any possessory or boundary encroachment nor can we opine that the property is suitable for the purpose for which it is being acquired.  Further, we express no opinion as to whether or not:-

(a) the property is occupied by tenants:
(b) there are trespassers on the property;
(c) there has been any breach, non-observance or non-performance of any restrictive covenant(s) or other restriction(s), stipulation(s), exception(s), reservation(s) or use(s) affecting the property;
(d) there are easements existing otherwise than by recorded grant;
(e) there exists any wells, pools or falls on the property which might adversely affect the intended use of the property or its market value.

3. We have not conducted an appraisal of the value of the property and therefore provide no opinion thereon.

4. As there is no public register of records of property compulsorily acquired or intended to be acquired by The Government of The Bahamas or other public authority we take no responsibility for any loss which may arise as a result of the property having been or being compulsorily acquired by The Government of The Bahamas or other public authority, or any adverse claim filed in connection therewith by an party.

5. We accept no responsibility where companies named as parties to deeds in the chain of title have been struck from the Register of Companies and/or whose corporate files are not available for inspection.

Dated this 11th day of August, A.D., 2017

Submitted By,
**LOCKHART & CO.**


Elliott B. Lockhart, QC