# EXHIBIT B

COMMONWEALTH OF THE BAHAMAS
NEW PROVIDENCE

## AGREEMENT FOR SALE

**THIS AGREEMENT** is made on the 17th day of August between **BELLA MAR ESTATES, LTD.**, the Vendor and Beneficial owner of land hereinafter the Vendor, and **NEWPORT LAND GROUP LLC.**, hereinafter the Purchaser. This agreement of Sale shall be completed within 2 days of the above referenced date unless the Vendor and Purchaser agree otherwise in writing.

1. WHEREAS, Vendor is the owner of a 324 acres parcel comprised of the Charles Ellis Tract, 220 acres (+-) beach front tract of land ("the Ellis tract"), the Rosanna Newman tract 47 acres (+-) beachfront tract of land and the Daniel Culmer Tract, 57 acres (+-) all located in Long Island, one of the islands in the Commonwealth of The Bahamas, and more particularly described in attached maps (Exhibit 1); and the owner of the Francis William tract 100 Acres (+-) located in Long Island, Bahamas and more particularly described in the attached map (Exhibit 2, collectively referred to as "the said hereditaments"). All exhibits to this Agreement shall be incorporated by reference herein.

2. The Vendor as beneficial owner agrees to sell the said hereditaments to the Purchaser for US $4,000,000.00 in the fee simple estate subject to the terms and conditions promulgated in the Indenture of Mortgage which shall be executed on the same date as this agreement (Exhibit 3). The down payment for the purchase is US $750,000.00, and shall be paid in two installments, the first in the amount of US $250,000.00 upon execution of this agreement the second installment on or before the 23rd day of August, 2017. The balance of $3,250,000.00, shall be paid in accordance to the following terms and conditions:

   a) $50,000.00 per month for months 1 to 12 ($600K) February 18, 2018 to January 18, 2019.
   b) $100,000 per month for months 13 to 24 ($1.2mm) February 18, 2019 to January 18, 2020.
   c) $120,000 per month for months 25 to 35 ($1,320,000) February 18, 2020 to December 18, 2020.
   d) $130K Final Payment on month January 18, 2021.

3. BELLAMAR warrants that it is the beneficial owner in fee simple of the said hereditaments free and clear from any encumbrances.

4. BELLAMAR warrants that is has clear and marketable title to the said hereditaments.

5. BELLAMAR further warrants that the company is debt free and is not subject to any lawsuits or adverse claims.

6. BELLAMAR does not owe the government of the Bahamas any real estate taxes or assessments.

7. BELLAMAR further agrees to indemnify NEWPORT LAND GROUP LLC. from any claims or liabilities that may have occurred

necessary to market the subdivision at the expense of purchaser. All cost pertaining to the marketing, permits and infrastructure cost will be paid by purchaser. The Vendor will also jointly deed properties of lots in subdivision sold by purchaser, however the revenues from these sales will incur to the benefit of the purchaser. The purchaser's obligations are limited to the payments described in paragraph three of this agreement and subject of the Indenture of Mortgage.

9. The parties acknowledge that Bellamar has turned over an Abstract of Title authored by Philip Davis and the law firm of Davis & Co. along with certified copies of all title documents in that Abstract of Title, along with Bahamas registry search and Bahamas Title Cause list report, and Certificate of Good Standing for Bellamar as well as Articles of Incorporation to Elliott Lockhart law firm.

10. The Indenture of Conveyance for the said hereditaments shall be executed by the Lender on the date of execution of this Agreement and held in escrow by the Borrower until the mortgage loan is paid in full. Once the loan is paid in full the Borrower is authorized to record the Indenture of Conveyance in the Registry of Records in Nassau, Bahamas. The Borrower will be responsible for paying for all costs and fees associated with the registration. (Indenture of Conveyance is attached as exhibit 4).

**11. TWO YEAR OPTION CONTRACT ON RUM CAY**

Whereas Sandy Point Exlplorer Ltd., ("Sandy Point") a company incorporated under The Laws of the Commonwealth of the Bahamas, is the beneficial owner of a 750 acre beachfront parcel of land known the Hector MacCallister Tract ("the parcel")
**ALL THAT** tract or parcel or land containing by admeasurement approximately seven hundred fifty (750) acres and being the land originally granted to Hector McCallister situated on the Island of Rum Cay one of the Island of the Commonwealth of the Bahamas aforesaid and bounded as follows:
**Northwardly** by the Atlantic Ocean **Eastwardly** by land originally granted to Robert Rumer **Southwardly** by land originally to Robert Rumer and Robert Butler and running jointly thereon and **Westwardly** by the land originally granted to Benjamin Lord, Coloured in Pink on the diagram or plat hereto attached and more particularly described in exhibit 1,

If the Option is executed and the sale is consummated the Seller would receive a Purchase Agreement from each individual buyer in an amount equal to $9,199,770 divided by the total number of interior lots sold. In addition, the Seller would receive third party Purchase Agreements equal to $50,000 for each beachfront lot that was sold in the project. The total number of interior and beachfront lots will be determined once the final master plan of the project is completed.

Buyer has 24 months from the date of closing to execute the option: If option is executed, buyer has 24 months from date of execution to pay seller a minimum of US$3,000,000.00 or seller may opt out of option on the remaining unsold lots.

Page 59 of 82

This Agreement and the rights and obligations of the parties hereto shall be governed by and construed in accordance with the law of The Commonwealth of the Bahamas, and venue shall be in the Commonwealth of the Bahamas.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date written above.

Vendor  
**Bella Mar Estate LTD**

By: _____  
Name:  
Title:

Purchaser:

By: _____  
Name:  
Title:

Vendor/Option Contract  
Sandy Point Explorer Ltd.

By: _____  
Name:  
Title:

**IN WITNESS WHEREOF** the Vendor has hereunto set her hand and seal Bella Mar Estate Ltd., by Merlean Poitier, Shareholder

_____  
Merlean Poitier

**SIGNED SEALED AND DELIVERED** by the above-named Bella Mar Estate, Ltd., by Merlean Poitier, "The Vendor" in the presence of:

_____

**IN WITNESS WHEREOF** the Vendor/Option Contract has hereunto set her hand and seal Sandy Point Explorer Ltd., by Merlean Poitier, Shareholder

_____  
Merlean Poitier

**SIGNED SEALED AND DELIVERED** by the above-named Sandy Point Explorer Ltd., by Merlean Poitier, "The Vendor" in the presence of:

_____

**IN WITNESS WHEREOF** the Purchaser has hereunto set his hand and seal Newport Land Group LLC.

_____

**SIGNED SEALED AND DELIVERED** by the above-named Newport

Page **60** of **82**