# EXHIBIT C

Island that fits within the development land plan and has access for which a marina could be built. Newport Land Group, LLC, reserves the absolute right to accept or decline any property offered in exchange.

    c. That Bellamar is able to produce the property in its current condition, free and clear of any outside interests, with legal proof thereof, by the end of the fourteen-day period.

4) The parties agree that this agreement represents the entire expression of the parties and supersedes any oral representations that either party has made. This agreement may be amended or altered if done in writing, executed by representatives of each party.

Newport Land Group LLC

Bellamar Estates Ltd.

Sent from my iPhone

On Sep 30, 2017, at 4:27 PM, Frank Connelly Eco-Futures <frank@eco-futures.com> wrote:

> Did you have a chance to sign bud? Send to me when you can.
>
> **From:** Jorge Diaz-Cueto <jorgediazcueto@bellsouth.net>
> **Reply-To:** Jorge Diaz-Cueto <jorgediazcueto@bellsouth.net>
> **Date:** Friday, September 29, 2017 at 1:24 PM
> **To:** Frank Connelly Eco-Futures <frank@eco-futures.com>
> **Subject:** Re: Bahamas
>
> Frank,
>
> I reviewed that attached addendum and it is exactly as we discussed and no issues with payment structure.
>
> I will not be able to execute as a result of my logistics today.
>
> I will have executed and to you tomorrow morning.
>
> Best,
>
> Jorge
>
> Jorge Diaz-Cueto, Esq
> 223 East Flagler Street, Suite 502
> Miami, FL 33131
> Office: (305) 417-3530

Cell: (786) 985-3256
jorgediazcueto@bellsouth.net

---

**From:** Frank Connelly Eco-Futures <frank@eco-futures.com>
**To:** Jorge Diaz-Cueto <jorgediazcueto@bellsouth.net>
**Sent:** Friday, September 29, 2017 3:20 PM
**Subject:** Re: Bahamas

Please review and if good execute and I'll counter. I'm glad we were able to move through this so seamlessly. Sign of a good partnership.

Heading to office now and I'll find out from Rod status of wire.

Frank

---

**From:** Jorge Diaz-Cueto <jorgediazcueto@bellsouth.net>
**Reply-To:** Jorge Diaz-Cueto <jorgediazcueto@bellsouth.net>
**Date:** Thursday, September 28, 2017 at 6:32 AM
**To:** Frank Connelly Eco-Futures <frank@eco-futures.com>
**Subject:** Re: Bahamas

Frank,

I did not get to your mail to this Morning.

The entire tracts in Long Island can be surveyed next week and the boundary lines cut. I am getting price from Dwight today and will forward to you.

The original agreement between us was 3.5M for 324 acres, the additional 100 acres was added to guarantee that total acreage would amount to at least 324 acres.

I reserve reaching any conclusion until the survey lines are cut and monuments set in place.

I will be working from Braves office and you can call me there after 12 noon. 242.502.2950.

Best,

Jorge

Jorge Diaz-Cueto, Esq
223 East Flagler Street, Suite 502
Miami, FL 33131
Office: (305) 417-3530
Cell: (786) 985-3256
jorgediazcueto@bellsouth.net

---

**From:** Frank Connelly Eco-Futures <frank@eco-futures.com>
**To:** Jorge Diaz-Cueto <jorgediazcueto@bellsouth.net>
**Sent:** Wednesday, September 27, 2017 9:29 PM
**Subject:** FW: Bahamas