# EXHIBIT D

Affidavit of Matthew Bowyer

I, Matthew Bowyer, of 27321 Via Priorato, San Juan Capistrano, CA hereby attest to the following facts:

1. I am an independent third party investor, who does not, nor ever did, have any investment, financial or any other relationship with the companies that were developing a real estate development project known as Sanctuary Belize/The Reserve, in Belize.

2. In 2018 I agreed to invest $1,000,000 with Newport Land Group for an equity stake and a beach front lot in a new real estate development project called Baha Bay that they were developing on a 425 acre parcel of land on Long Island, Bahamas.

3. I executed an agreement for the investment at that time and subsequently, throughout 2018, made the required agreed upon payments to Newport Land Group for the full $1,000,000 investment.

4. At some point in 2018, I completed my agreed upon payments and had invested the full $1,000,000 that I had committed to.

5. I was informed that my $1,000,000 investment was to be solely used for the down payment on the 425 acre parcel of land that Newport Land Group was purchasing for the project.

6. I was informed that it was not to be used, nor to my knowledge was it used, for any other purpose, including the Sanctuary Belize/Reserve project that was being developed in Belize.

7. I was informed, and my due diligence at the time reflected, that the companies that were developing the project in Belize, were different from Newport Land Group, as was the ownership structure of the companies.

8. I was never offered an opportunity to invest in Sanctuary Belize/The Reserve or purchase a property there. I did not invest in that project in any way, neither as an equity shareholder or as a property owner.

9. The entire $1,000,000 that I invested with Newport Land Group was to be used solely for the down payment on the acquisition of the 425 acre parcel of land in the Bahamas and to my knowledge, that was what it was used for.

I declare under penalty of perjury of the laws of the United States that the above statements are true and correct to the best of my knowledge.

Executed this 22nd day of September, 2021 in California

x_____
Matthew Bowyer