# EXHIBIT E

**Integra Realty Resources**
**Caribbean**

**Appraisal of Real Property**

**The Bight, Long Island**
Vacant Land
Queen's Highway
Long Island, Long Island,
The Bahamas

**Prepared For:**
Newport Land Group

**Effective Date of the Appraisal:**
July 27, 2017

**IRR - Caribbean**
File Number: 172-2017-0165







**The Bight, Long Island**
Queen's Highway
Long Island, The Bahamas

Page **68** of **82**

Integra Realty Resources  
Caribbean

Cayman Business Park, Suite A5  
Box 751, Grand Cayman KY1-9006  
Cayman Islands

T 844.952.7304  
T 345.746.3110  
Caribbean@irr.com  
www.irr.com



August 10, 2017

Jose Vazquez  
Newport Land Group LLC  
19800 McArthur Boulevard, Suite 300  
Irving, CA 92612

SUBJECT:   Market Value Appraisal  
The Bight, Long Island  
Queen's Highway  
Long Island,  
The Bahamas  
IRR - Caribbean File No. 172-2017-0165

Dear Mr. Vasquez:

Integra Realty Resources – Caribbean is pleased to submit the accompanying valuation/appraisal of the referenced property. The purpose of the appraisal is to develop an opinion of the market value of the fee simple interest in the property. The client and intended user is Newport Land Group, LLC.. The intended use is for loan underwriting purposes.

The appraisal is intended to conform with the RICS Valuation Professional Standards, the International Valuation Standards, the Uniform Standards of Professional Appraisal Practice (USPAP), the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute, and applicable state appraisal regulations.

This report is prepared under the Appraisal Report option of Standards Rule 2-2(a) of the 2014-2015 edition of USPAP. As USPAP gives appraisers the flexibility to vary the level of information in an Appraisal Report depending on the intended use and intended users of the appraisal, we adhere to the Integra Realty Resources internal standards for an Appraisal Report – Standard Format. This type of report has a moderate level of detail. It summarizes the information analyzed, the appraisal methods employed, and the reasoning that supports the analyses, opinions, and conclusions.

Jose Vazquez
Newport Land Group LLC
August 10, 2017
Page 2

The subject is a comprised of two parcels of vacant land, both having water frontage, and containing a total area of 424.00 acres or 18,469,440 square feet. The property is not zoned, and approval of any development plan would be subject to the terms of an agreement between the developer and the Bahamas government.

Based on the valuation analysis in the accompanying report, and subject to the definitions, assumptions, and limiting conditions expressed in the report, our opinion of value is as follows:

| Value Conclusions* | | | |
|---|---|---|---|
| Parcel | Interest Appraised | Date of Value | Value Conclusion |
| Parcel 1 | Fee Simple | July 27, 2017 | $5,510,000 |
| Parcel 2 | Fee Simple | July 27, 2017 | $1,450,000 |
| Total | | | $6,960,000 |
| Rounded | | | $6,960,000 |
| *Values expressed in United States Dollars | | | |

*Unless otherwise stated, all financial figures in this report are expressed in United States Dollars.*

**Extraordinary Assumptions and Hypothetical Conditions**

The value conclusions are subject to the following extraordinary assumptions that may affect the assignment results. An extraordinary assumption is uncertain information accepted as fact. If the assumption is found to be false as of the effective date of the appraisal, we reserve the right to modify our value conclusions.

1. We were not provided with current surveys of the subject parcels and have relied upon the original grant documents to derive the land sizes used in the report. We reserve the right to amend our estimate of value should the actual land areas difer from those used.

The value conclusions are based on the following hypothetical conditions that may affect the assignment results. A hypothetical condition is a condition contrary to known fact on the effective date of the appraisal but is supposed for the purpose of analysis.

1. This analysis contains no hypothetical conditions.



Page 70 of 82

Jose Vazquez
Newport Land Group LLC
August 10, 2017
Page 3

If you have any questions or comments, please contact the undersigned. Thank you for the opportunity to be of service.

Respectfully submitted,

**Integra Realty Resources - Caribbean**

| | |
|---|---|
| Paul K. Lowe, BRI | James V. Andrews, MAI, FRICS, CRE, ASA |
| BREA Licensed Real Estate Appraiser | Chartered Valuation Surveyor |
| BREA License #380 | RICS Registered Valuer |
| Telephone: 242-324-6402 | Telephone: 345-946-2000, ext. 2 |
| Email: plowe@irr.com | Email: jandrews@irr.com |

# Table of Contents

| | |
|---|---|
| **Summary of Salient Facts and Conclusions** | **1** |
| **Quality Assurance** | **2** |
| **General Information** | **3** |
| Identification of Subject | 3 |
| Sale History | 3 |
| Pending Transactions | 3 |
| Purpose of the Appraisal | 3 |
| Definition of Market Value | 3 |
| Definition of Property Rights Appraised | 4 |
| Intended Use and User | 4 |
| Applicable Requirements | 4 |
| Report Format | 4 |
| Competency | 4 |
| Independence | 5 |
| RICS Valuer Registration | 5 |
| Currency | 5 |
| Prior Services | 5 |
| Scope of Work | 5 |
| **Economic Analysis** | **7** |
| Area Analysis | 7 |
|    General Information | 7 |
|    Statistics for The Bahamas | 9 |
|    Tourism | 11 |
|    Property Ownership and Taxation | 14 |
|    Conclusions | 15 |
| Surrounding Area Analysis | 17 |
| Surrounding Area Map | 20 |
| **Property Analysis** | **21** |
| Land Description and Analysis | 21 |
| Highest and Best Use | 26 |
| **Valuation** | **28** |
| Valuation Methodology | 28 |
| Sales Comparison Approach | 29 |
|    Analysis and Adjustment of Sales | 32 |
|    Land Value Conclusion – Parcel 1 | 37 |
|    Land Value Conclusion – Parcel 2 | 37 |
| Reconciliation and Conclusion of Value | 38 |
|    Exposure Time | 38 |
|    Marketing Period | 38 |
| **Certification** | **39** |
| **Assumptions and Limiting Conditions** | **41** |
| **Addenda** | |
| A.  Appraiser Qualifications | |
| B.  Property Information | |
| C.  Comparable Data | |
| D.  Engagement Letter | |

The Bight, Long Island



## Summary of Salient Facts and Conclusions

| Property Name | The Bight, Long Island |
|---|---|
| Address | Queen's Highway |
| | Long Island, Long Island, The Bahamas |
| Property Type | Land - Commercial Subdivision |
| Owner of Record | Bellamar Estates Limited |
| Parcel ID | Ellis, Culmer & Newman Tracts and Williams Tract |
| Land Area | 424.00 acres; 18,469,440 SF |
| Zoning Designation | Not zoned, Subject to Heads of Agreement |
| Highest and Best Use | Future development |
| Exposure Time; Marketing Period | 18-24 months; 18-24 months |
| Effective Date of the Appraisal | July 27, 2017 |
| Date of the Report | August 10, 2017 |
| Property Interest Appraised | Fee Simple |
| Sales Comparison Approach | |
|   Number of Sales | 6 |
|   Range of Sale Dates | Jan 09 to Aug 17 |
|   Range of Prices per Acre (Unadjusted) | $5,981 - $61,645 |
| Market Value Conclusion* | $6,960,000    ($16,415/Acre) |

*Values expressed in United States Dollars

The values reported above are subject to the definitions, assumptions, and limiting conditions set forth in the accompanying report of which this summary is a part. No party other than Network Real Estate Advisors may use or rely on the information, opinions, and conclusions contained in the report. It is assumed that the users of the report have read the entire report, including all of the definitions, assumptions, and limiting conditions contained therein.

**Extraordinary Assumptions and Hypothetical Conditions**

The value conclusions are subject to the following extraordinary assumptions that may affect the assignment results. An extraordinary assumption is uncertain information accepted as fact. If the assumption is found to be false as of the effective date of the appraisal, we reserve the right to modify our value conclusions.

1. We were not provided with current surveys of the subject parcels and have relied upon the original grant documents to derive the land sizes used in the report. We reserve the right to amend our estimate of value should the actual land areas difer from those used.

The value conclusions are based on the following hypothetical conditions that may affect the assignment results. A hypothetical condition is a condition contrary to known fact on the effective date of the appraisal but is supposed for the purpose of analysis.

1. This analysis contains no hypothetical conditions.

The Bight, Long Island

irr.

## Quality Assurance

Delivering superior value is a top priority at IRR and we place a premium on feedback from our valued clients. By learning more about your experience with IRR, we will be better able to serve your needs – to enhance our products, service offerings, and client communications.

Attached is a short survey applicable to this appraisal report and the service that you received. Please take a few minutes to share your experience of IRR with us. Your feedback will be reviewed by our Quality Control team. If you desire a follow-up telephone call, please provide your contact information and a member of our Quality Control team will contact you.

Access the online survey here: quality.irr.com.

Thank you in advance for assisting us with this important endeavor. Please feel free to contact your Local Office using the contact information provided within the letter of transmittal or our Quality Control team at quality@irr.com, with any questions or suggestions you may have.

The Bight, Long Island

Page **74** of **82**