IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBB EVANS AND ASSOCIATES | * | |
| Plaintiff | * | |
| v. | * | |
| JORGE DIAZ-CUETO, et al. | * | |
| Defendants | * | CASE NO. 8:21-CV-2049-PJM |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION TO WITHDRAW APPEARANCE**

Come now the undersigned counsel who are acting as local counsel in the above-captioned matter and hereby move this Honorable Court to withdraw their appearance pursuant to Local Rule 101-2(a) and (b) and in support thereof state as follows:

1. Undersigned counsel certifies that they have prior to seven days of making this Motion notified Mr. Diaz-Cueto via correspondence, which he has received more than seven days in advance of filing this Motion, that Mr. Diaz-Cueto should either have new counsel enter an appearance or to advise the Clerk that he will be proceeding without counsel.

2. Undersigned counsel certifies that they have prior to seven days of making this Motion also notified Bella Mar Estates, Ltd., pursuant to Local Rule 101-2(b), that Bella Mar must have new counsel enter an appearance or potentially be subject to a default judgment on the claims against it.

3. Undersigned counsel hereby certifies that the last known addresses of Mr. Diaz-Cueto and Bella Mar Estates, LTD, are as follows:

    a. Jorge Diaz-Cueto, 223 E. Flagler Street, Suite 502, Miami, Florida 33131.

    b. Bella Mar Estates, Ltd., c/o Jorge Diaz-Cueto, 223 E. Flagler Street, Suite 502, Miami, Florida 33131.

4. This case is at the preliminary Motion posture and withdrawing local counsel only for the Defendants will not prejudice any party hereto.

BDL:jam:bdl/20077/071122

WHEREFORE, undersigned local counsel request the Court withdraw their appearances in the above-captioned matter.

                                                      /s/
                                      Brian D. Lyman  (Federal Bar No. 27360
                                      (bdl@hbdlaw.com)

                                                      /s/
                                      Michael G. Von Sas  (Federal Bar No. 22992)
                                      (mgv@hbdlaw.com)
                                      HILLMAN, BROWN & DARROW, P.A.
                                      221 Duke of Gloucester Street
                                      Annapolis, Maryland 21401-2500
                                      410-263-3131, (Fax) 410-269-7912
                                      Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify on this 12th day of July, 2022, that a copy of the foregoing Motion to Withdraw Appearance was filed using the electronic case filing system (ECF) maintained by the United States District Court for the District of Maryland and e-mailed to Gary Owen Caris, Esquire, at gcaris@btlaw.com, James E. Van Horn, Esquire, at jvanhorn@btlaw.com, and Kevin C. Driscoll, Jr., Esquire, at kevin.driscoll@btlaw.com.

                                                      /s/
                                      Brian D. Lyman