IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBB EVANS AND ASSOCIATES | * | |
| Plaintiff | * | |
| v. | * | |
| JORGE DIAZ-CUETO, et al. | * | |
| Defendants | * | CASE NO. 8:21-CV-2049-PJM |

*************************************************************************

## **ORDER**

Upon review of the Motion to Withdraw Appearance filed by Defendant Jorge Diaz-Cueto's local counsel, and any opposition thereto, and upon review of the file, it is by the United States District Court for the District of Maryland hereby

ORDERED that the Motion is Granted and it is further ORDERED that the appearances of Brian D. Lyman, Esquire, and Michael G. Von Sas, Esquire are hereby struck from the case.

_____    _____
Date                                                                                          United States District Judge