UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND  20770  
301-344-0632

MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Robb Evans and Associates v. Diaz-Cueto, et al.
Civil No. PJM 21-2049

DATE: August 16, 2022

\* \* \*

On July 12, 2022, the Court received a Motion to Withdraw as Counsel of Record for Bella Mar Estates, Ltd. (ECF No. 35) from Bella Mar Estates, Ltd.'s ("Bella Mar") counsel Hill, Brown & Darrow, P.A. ("HBD").

The Court is inclined to grant HBD's Motion to Withdraw. However, Local Rule 101(a) requires that all parties other than individuals must be represented by counsel. Accordingly, if in the next 30 days from the date of this order Bella Mar does not retain new counsel, the Court will grant the Motion to Withdraw and the matter as to Bella Mar will proceed without counsel. For now, HBD remains in the case. If new counsel for Bella Mar does not enter an appearance in the case within 30 days from the date of this order, the Court may take any action that it deems appropriate, including directing Bella Mar to show cause why a default should not be entered on claims asserted against it.

Accordingly, the Court **DEFERS** ruling on the Motion to Withdraw (ECF No. 35).

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/  
PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

cc: Court File