UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

August 16, 2022

Jorge Diaz-Cueto
222 E. Flagler Street, Suite 502
Miami, Florida 33131

Re: *Robb Evans and Associates v. Jorge Diaz-Cueto, et al.*
Civil Case No. PJM 21-2049

Dear Mr. Diaz-Cueto:

The Court understands that your counsel Mr. Lyman and Mr. Von Sas have advised you by letter that they are seeking to withdraw from representing you in this case.

You are directed to **SHOW CAUSE** by writing a letter to the Court indicating whether you intend to secure new counsel or intend to represent yourself.

You are further directed to mail copies of your letter to both Mr. Lyman and Mr. Von Sas. Their address is as follows:

Brian D. Lyman and Michael G. Von Sas
Hillman, Brown & Darrow, P.A.
221 Duke of Gloucester Street
Annapolis, MD 21401

If you do not respond within **twenty (20)** days of the date of this letter, the Court will grant the motion to withdraw.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Sincerely yours,

/s/

Peter J. Messitte

CC: Brian D. Lyman, Esq.
Michael G. Von Sas, Esq.
Court File